# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 70 EM 2014 |
| Respondent | : |
| v. | : |
| LAMONT SAUNDERS, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2014, the "Appeal from the Denial of Motion to Hold Appeal," treated as a Petition for Review, and the "Lawful Notification and Action Summary Judgment," treated as an Application for Relief, are **DENIED**.